UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN YOCOM,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE, et al.,<br><br>    Defendants. | Case No. 1:21-cv-00849-HBK<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS<br><br>CLERK OF COURT TO PROVIDE IFP FORM |

Plaintiff is a state prisoner proceeding *pro se* on his civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1). Plaintiff has not paid the $402.00 filing fee or filed an application requesting to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* docket). In order to proceed with this case, Plaintiff must either pay the requisite filing fee, or file a complete motion for leave to proceed *in forma pauperis*.

Accordingly, it is ORDERED:

1. The Clerk of Court shall enclose an affidavit of indigency form with this Order.

2. Within thirty (30) days of the date of service of this order, Plaintiff shall submit the enclosed application to proceed *in forma pauperis*, completed and signed, or alternatively pay the $402.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

1

IT IS SO ORDERED.

Dated:   June 2, 2021

_____
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE