UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN YOCOM,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL COUNTY OF TULARE, *et al.*,<br><br>                Defendants. | Case No. 1:21-cv-00849-HBK<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN EMERGENCY TELECONFERENCE AND/OR HEARING<br><br>(Doc. No. 5) |

       Plaintiff Michael Alan Yocom ("Plaintiff" or "Yocom"), a state prisoner, initiated this action by filing a *pro se* complaint under 42 U.S.C. § 1983 on May 26, 2021. (Doc. No. 1). The complaint alleges that various Defendants associated with the Tulare County Jail had been deliberately indifferent to Plaintiff's medical needs. (*Id.*). Because, Yocum did not accompany his complaint with the requisite filing fee or motion to proceed *in forma pauperis*, on June 2, 2021 the Court directed Yocum within thirty (30) days to either pay the requisite filing fee or file an application. (Doc. No. 3). Plaintiff has not yet paid the fees or filed an application.

       On June 18, 2021, Plaintiff moved for an "emergency teleconference" and/or "court hearing." (Doc. No. 5). Plaintiff states a hearing is necessary to "properly address" court fees, settlement, and "the current state of affairs of the Court's derelictions in this case" and the "case behind the convictions." (*Id.*). Plaintiff further states from "April 22, 2021 to May 27, 2021" while in the Tulare County Jail he was "literally tortured to a state of imminent death and

murdered by Defendants." (*Id.* at 2).

The Court possesses the discretion whether to hold hearings. *Norwood v. Vance*, 517 F. App'x 557, 558 (9th Cir. 2013). Plaintiff has failed, as ordered, to pay the filing fee or file an application to proceed *in forma pauperis*. (Doc. No. 3). This matter cannot proceed if no fee is paid and no application for *in forma pauperis* is filed. 28 U.S.C. § 1915. After the fee is paid or Plaintiff is alternatively granted *in forma pauperis* status, the Court will then screen Plaintiff's complaint pursuant to 28 U.S.C. § 1915A. If the Court determines the complaint may proceed, the Court will then direct Defendants to be served. To the extent Plaintiff wishes to discuss settlement, his motion is premature. Regarding, Plaintiff's allegations that his life is in danger due to officials at the Tulare County Jail failing to treat his medical conditions, the Court takes judicial notice that Plaintiff is no longer confined in the Tulare County Jail but is housed at Salinas Valley State Prison. (*See* Notice of Change of Address, Doc. No. 4).

Accordingly, it is ORDERED

Plaintiff's motion for an emergency teleconference and/or hearing (Doc. No. 5) is DENIED.

IT IS SO ORDERED.

Dated: June 28, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE