UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN YOCOM,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE, et al.,<br><br>Defendants. | No. 1:21-cv-00849-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 19) |

Plaintiff Michael Alan Yocom filed this prisoner civil rights action against Defendants County of Tulare, Mike Boudreaux, Well Path Medical Group, and Dr. Liberstein. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 11, 2023, the Magistrate Judge issued Findings and Recommendations, recommending the District Court dismiss this action without prejudice for failure to prosecute. (*See* ECF No. 19.) The Findings and Recommendations contained notice that objections were to be filed within fourteen days of service. (*Id*. at 5). Plaintiff has not filed any objections and the time to do so has passed. (*See* docket).

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations are supported by the record and proper analysis.

1

Accordingly, it is ORDERED:

1. The Findings and Recommendations issued on October 11, 2023, (ECF No. 19), are ADOPTED in full.
2. This case is dismissed without prejudice.
3. The Clerk of Court shall terminate any pending motions and close this case.

IT IS SO ORDERED.

Dated:   March 18, 2024

_____
UNITED STATES DISTRICT JUDGE

2